**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Angela L. Sears                                             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 15-11532 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-5 and index same on the master mailing list.

    Respectfully submitted,

/s/Rebecca A. Solarz

Rebecca Solarz
14 Oct 2020, 12:25:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322