United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 15-11532-elf
Angela L. Sears | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 19, 2021     Form ID: 138NEW     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela L. Sears, 165 West Nedro Avenue, Philadelphia, PA 19120-2458 |
| cr | + | NRZ Pass-Through Trust X, U.S. Bank National Assoc, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| cr | + | Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, MAC X7801-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14552499 | + | Citibank NA, c/o Rebecca A. Solarz, Esquire, KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13484565 | + | City of Philadelphia, Parking Violations Branch, 913 Filbert Street, Philadelphia, PA 19107-3117 |
| 13484563 | | City of Philadelphia, Traffic Court, PO Box 56301, Philadelphia, PA 19130-6301 |
| 13484567 | + | First Bank of Delaware, 1000 Rocky Run Parkway, Wilmington, DE 19803-1455 |
| 13484569 | + | HSBC Bank USA, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 13559149 | + | HSBC Bank USA, National Association as Trustee for, Americas Servicing Company, as servicer, Attention: Bankruptcy Department, MAC#D3347-014, 3476 Stateview Blvd. Fort Mill, SC 29715-7203 |
| 13606908 | + | Michael D. Sayles, Esq., 427 W. Cheltenham Ave #2, Elkins Park, PA 19027-3291 |
| 13484570 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 13484572 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 13484571 | #+ | Peoples Commerce Inc., 1001 West Ridge Pike, Conshohocken, PA 19428-1015 |
| 13484574 | | Round Two Recovery LLC, 3690 E 1-240 Service, Oklahoma City, OK 73135 |
| 14205076 | | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13504749 | + | Velocity Investments LLC, JD Receivables LLC, P. O. Box 382656, Germantown, TN 38183-2656 |
| 13484578 | + | Xerox State and Local SO, PO Box 41819, Philadelphia, PA 19101-1819 |
| 13484579 | + | Zucker, Goldberg & Ackerman, LLC, 240 Gettysburg Pike, Mechanicsburg, PA 17055-5150 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Jan 20 2021 06:51:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 13491757 | | Email/Text: bnc@atlasacq.com | Jan 20 2021 06:51:00 | Atlas Acquisitions LLC, 492C Cedarl Lane Ste 442, Teaneck, NJ 07666 |
| 13484564 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | 19102-1595 |
| 13484562 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City & School District of Philadelphia, Law Department-Tax Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 13484566 | | Email/Text: G06041@att.com | Jan 20 2021 06:52:00 | DIRECTV, PO Box 11732, Newark, NJ 07101-4732 |
| 13484573 | + | Email/Text: bankruptcy@philapark.org | Jan 20 2021 06:53:00 | Philadelphia Parking Authority, 3101 Market Street-2nd Floor, Philadelphia, PA 19104-2806 |
| 13484576 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 20 2021 06:53:00 | Transworld Systems, PO Box 17205, Wilmington, DE 19850-7205 |
| 13484577 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13484568 | | HS |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13487242 | ##+ | HSBC BANK USA, NATIONAL ASSOCIATION, c/o KIMBERLY A. BONNER, Zucker Goldberg & Ackerman LLC, 200 Sheffield Street, Suite 101, Mountainside, NJ 07092-2315 |
| 13484575 | ##+ | Second Round LP, 4150 Freidrich Lane, Suite 1, Austin, TX 78744-1052 |

TOTAL: 1 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                    Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Shellpoint Mortgage Servicing cwohlrab@raslg.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION bankruptcy@powerskirn.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor HSBC BANK USA bankruptcy@powerskirn.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 29 |

KARINA VELTER
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION amps@manleydeas.com

KARINA VELTER
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1 amps@manleydeas.com

MICHAEL D. SAYLES
    on behalf of Debtor Angela L. Sears midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-5 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Angela L. Sears
      Debtor(s)                                       Bankruptcy No: 15−11532−elf
                                                                       Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                  For The Court
                                                            Timothy B. McGrath
                                                            Clerk of Court

Dated: 1/19/21

                                                                                                  72 − 71
                                                                         Form 138_new