United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11532-elf |
| Angela L. Sears | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 03, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

**Recip ID           Recipient Name and Address**
db                    + Angela L. Sears, 165 West Nedro Avenue, Philadelphia, PA 19120-2458

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021            Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:**

**Name**              **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Shellpoint Mortgage Servicing cwohlrab@raslg.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor HSBC BANK USA bankruptcy@powerskirn.com

KARINA VELTER
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1 amps@manleydeas.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 03, 2021 | Form ID: 212 | Total Noticed: 1 |

KARINA VELTER
    on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION amps@manleydeas.com

MICHAEL D. SAYLES
    on behalf of Debtor Angela L. Sears midusa1@comcast.net  michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor Citibank  N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2018-5 bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                                         Chapter: 13

    Angela L. Sears

Debtor(s)                                                                             Case No: 15−11532−elf

___

*ORDER*

    AND NOW, 2/3/21 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.


    For The Court

    Eric L. Frank

    Judge ,United States Bankruptcy Court