# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Angela L. Sears | : | Case No.: 15-11532 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **HSBC Bank USA, National Association as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass-Through Certificates Series 2004-RP1** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

16-027795_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 15-11532** |
| **Angela L. Sears** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **HSBC Bank USA, National Association** : | **Related Document #** |
| **as Trustee for Citigroup Mortgage Loan** : | |
| **Trust Inc., Asset Backed Pass-Through** : | |
| **Certificates Series 2004-RP1** : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Angela L. Sears** : | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Michael D. Sayles, Attorney for Angela L. Sears, Sayles and Associates, 427 West Cheltenham Avenue, Suite #2, Elkins Park, PA  19027-3201, midusa1@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Angela L. Sears, 165 West Nedro Avenue, Philadelphia, PA  19120

Angela L. Sears, 165 Nedro Street, Philadelphia, PA  19120

PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA  19122

16-027795_PS

Water Revenue Bureau, Phyllis Chase, Collections Manager, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA  19102

DATE: <u>March 6, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

16-027795_PS